UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL CORDERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: |
| ) | 3:18-CV-30031-MGM |
| ) | |
| TROOPER NOAH H. PACK, et als. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)(ii)**

NOW COME the Plaintiff, Gabriel Cordero, and Defendants, Colonel Kerry Gilpin ("Gilpin") and Major Michael Habel ("Habel"), and hereby stipulate to the dismissal of Gilpin and Habel as parties pursuant to Rule 41(a)(1)(ii) with prejudice. This stipulation of dismissal pertains only to Defendants Gilpin and Habel. Each party shall bear their own costs.

Respectfully submitted,

**PLAINTIFF GABRIEL CORDERO**
By His Attorney


*/s/ Gregory A. Hession*
Gregory A. Hession, Esq.
PO Box 543
Thorndike, MA 01079
413-289-9194
BBO No. 564457

**AND**

**Defendants**
**COLONEL KERRY GILPIN and**
**MAJOR MICHAEL HABEL,**

1

By their attorney,

**MAURA HEALEY**
**ATTORNEY GENERAL**

*/s/ Julie Datres*
Julie Datres
Assistant Attorney General
Office of the Attorney General
1441 Main Street, Suite 1200
Springfield, MA 01103
(413) 523-7712 – Telephone
(413) 784-1244 – Facsimile
BBO No. 681920
julie.datres@mass.gov

Dated: September 16, 2019

## CERTIFICATE OF SERVICE

I Julie Datres, Assistant Attorney General, hereby certify that on September 16, 2019, the foregoing *Stipulation of Dismissal* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing

/s/ Julie Datres
Julie Datres, Assistant Attorney General