# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| GABRIEL CORDERO, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 3:18-CV-30031-MGM |
| TROOPER NOAH H. PACK, MA State Police, | : |
| In his personal and professional capacity, | : |
| TROOPER BRANDON DONAVA, MA State Police | : |
| In his personal and professional capacity, | : |
| TROOPER PARTRICK CLAYTON, MA State Police | : |
| In his personal and professional capacity, | : |
| TROOPER STEVEN HAECKER, MA State Police | : |
| In his personal and professional capacity, | : |
| COLONEL KERRY GILPIN, Superintendent of the | : |
| MA State Police, | : |
| MAJOR MICHAEL HABEL, Troop Commander, | : |
| LIEUTENANT DAVID BUELL, Station Commander, | : |
| CHIEF WYNN of the Pittsfield Police, | : |
| THE PITTSFIELD POLICE, | : |
| JOHN AND JANE DOE Police Officers involved in | : |
| The arrest and Detention of Gabriel Cordero, | : |
| THE MASSACHUSETTS STATE POLICE, | : |
| THE COMMONWEALTH OF MASSACHUSETTS, | : |
| THE CITY OF PITTSFIELD, | : |
| Defendants. | : |

_____

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41 (a) (1) (A) (ii), the plaintiff, Gabriel Cordero, and defendant, Lieutenant David Buell, hereby stipulate to the dismissal of all claims advanced by the plaintiff against the herein named defendant, Lieutenant David Buell. The dismissal is to be with prejudice, without costs, without attorneys' fees being awarded to any party and waiving all rights to appeal.

1

| | |
|---|---|
| Plaintiff,<br>GABRIEL CORDERO,<br>By his attorney, | Defendant,<br>DAVID BULL<br>By his attorney, |
| */s/ Gregory A. Hession*<br>Gregory A. Hession<br>P.O. Box 543<br>Thorndike, MA 01079<br>(413) 289-9194<br>hession@crocker.com | */s/ John K. Vigliotti*<br>John K. Vigliotti, BBO # 642337<br>REARDON, JOYCE & ACKERSON<br>4 Lancaster Terrace<br>Worcester, MA 01609<br>508.754.7285<br>jvigliotti@rja-law.com |
| Defendants,<br>STEVEN HAECKER, CHIEF WYNN,<br>PITTSFIELD POLICE DEPT., &<br>CITY FO PITTSFIELD,<br>By their attorneys, | Defendant,<br>NOAH PACK<br>By his attorney, |
| */s/ Nancy Frankel Pelletier.*<br>Nancy Frankel Pelletier, BBO# 544402<br>Jeffrey J. Trapani, Esq., BBO# 661094<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>(413) 732-2301<br>npelletier@robinsondonovan.com<br>jjt@robinsondonovan.com | /s/ Joseph P. Kittredge<br>Joseph P. Kittredge, BBO# 548841<br>Lorena Galvez, BBO# 699141<br>RAFANELLI KITTREDGE, P.C.<br>One Keefe Road<br>Acton, MA 01720<br>Tel.: 978-369-6001<br>jkittredge@rkpclaw.com<br>lgalvez@rkpclaw.com |

October 23, 2019

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on October 23, 2019.

                                                 /s/ John K. Vigliotti
                                                 John K. Vigliotti